# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LILIA BELKOVA,** individually and as successor trustee of the **LAND TRUST AGREEMENT, NO:072003 DATED 2/9/04,**
Appellant,

v.

**DEER RUN PROPERTY OWNERS' ASSOCIATION, INC.,** et al.,
Appellees.

No. 4D22-1202

[August 23, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah L. Shullman, Judge; L.T. Case No. 502017CC001472XXXXMB.

Thomas L. Hunker and Sarah Hafeez of Hunker Appeals, Fort Lauderdale, for appellant.

Steven R. Braten and Dina L. Rosenbaum of Rosenbaum, PLLC, West Palm Beach, for Appellee Deer Run Property Owners' Association.

Anthony A. Arsali of Arsali LLC, Delray Beach, for Third Party Purchaser Nicholas Arsali.

PER CURIAM.

*Affirmed. See Belkova v. Deer Run Prop. Owners' Ass'n*, 4D21-2924 (Fla. 4th DCA Aug. 23, 2023).

GROSS, DAMOORGIAN and GERBER, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***